UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------x

UNITED STATES OF AMERICA

    -against-

OMAR DIAZ PALMER,

           Defendant.
----------------------------------------------x

**ORDER**

14 Cr. 788-01 (NSR)

**NELSON S. ROMÁN, U.S.D.J.:**

C.J.A. attorney Howard Tanner is assigned to this defendant for the limited purpose of Defendant's motion for compassionate release.

SO ORDERED.

_____
NELSON S. ROMÁN,
UNITED STATES DISTRICT JUDGE

Dated:  White Plains, New YORK
          March 19, 2021



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/19/2021