UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-           14 Cr. 788 (NSR) -01

OMAR DIAZ PALMER,         ORDER

      Defendant
------------------------------------------------------------x

Hon. Nelson S. Roman, United States District Court Judge:

  The Defendant, OMAR DIAZ PALMER, (Reg. No. 71471-054), currently detained at Moshannon Valley CI (MVC), a private correctional institution contracted by the Federal Bureau of Prisons, will be filing a Motion for Compassionate Release in which the defendant's underlying medical conditions and treatment by the facility may be cited for support therein;

  It is hereby ORDERED that Moshannon Valley CI (MVC) release to Defendant's counsel of record, Howard E. Tanner, Esq., within five business days of this Order:

    The defendant's complete medical records from the time he entered into their custody and any other medical records of the defendant in their possession.

SO ORDERED:

                  _____
                  Honorable Nelson S. Roman
                  United States District Judge, SDNY

Dated: March 22, 2021
White Plains, New York



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/22/2021