UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

    -against-                                      14 Cr. 788 (NSR) -01

OMAR DIAZ PALMER,                          ORDER

                    Defendant
------------------------------------------------------------x

Hon. Nelson S. Roman, United States District Judge:

      The Defendant, OMAR DIAZ PALMER, (Reg. No. 71471-054) anticipates filing a motion for home confinement pursuant 18 U.S.C. § 3624 and/or compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A), based on compelling medical reasons which will place his medical condition at issue,

      It is hereby ORDERED that the Bureau of Prisons release to Defendant's counsel of record, Howard E. Tanner, Esq., within five business days of this Order:

          (1) Defendant's complete medical records from the time he entered into the custody of the Bureau of Prisons to the present, and

          (2) Any documents or other records relating to the Bureau of Prisons' designation of the Defendant as "high risk" in regard to the ongoing COVID-19 pandemic.

SO ORDERED:

                                                            Hon. Nelson S. Roman
                                                            United States District Court Judge

Dated: March 22, 2021
White Plains, New York



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/22/2021